THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
Respondent,
 
 
 

v.

 
 
 
Rick Davis,       
Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit 
 Court Judge

Unpublished Opinion No. 2003-UP-426
Submitted April 18, 2003  Filed 
 June 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Walter M. Bailey, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Rick Davis was convicted of 
 armed robbery and failure to stop for a blue light.  The judge sentenced him 
 to twenty years on the armed robbery conviction.  Davis was sentenced on the 
 failure to stop for a blue light conviction for a term of one year, concurrent 
 to the armed robbery sentence.  Davis appellate counsel filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Davis did not file a pro se 
 response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.